IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UCHENNA OBIANYO | : | CIVIL ACTION |
| --- | --- | --- |
| | : | |
| v. | : | |
| | : | No. 09-3399 |
| SHOPRITE, INC., et al. | : | |

## **ORDER**

AND NOW, this 10th day of December, 2009, the following motions are granted, and plaintiff's claims are dismissed with prejudice:

1. "Defendant United Food and Commercial Workers Union Local 1776's Motion to Dismiss the Complaint Pursuant to Federal Rule of Civil Procecure 12(b)(6)" (docket no. 4); and

2. "Defendant Brown's Shoprite, Inc.'s Motion to Dismiss Complaint with Prejudice" (docket no. 8).

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.